United States Courts
Southern District of Texas
FILED
October 21, 2020
David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v. § § § | CRIMINAL NO.  4:20cr523 |
| AARON JAQUEL SCOTT, § § | |
| Defendant. | |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

On or about June 1, 2020, in the Houston Division of the Southern District of Texas, the defendant,

AARON JAQUEL SCOTT,

did knowingly and willfully transmit in interstate and foreign commerce Twitter posts containing threats to injure the person of another, to wit: AARON JAQUEL SCOTT posted tweets threatening to kill President Donald J. Trump, in violation of 18 U.S.C. § 875(c).

A TRUE BILL:

_____
**Original Signatue on File**
**FOREPERSON OF THE GRAND JURY**

RYAN K. PATRICK
UNITED STATES ATTORNEY

BY: _____
Heather Winter
Assistant United States Attorney

1