UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § <br> v. § § <br> AARON JAQUEL SCOTT, § <br> Defendant. § § | CRIMINAL NO. 4:20-CR-523-S |

## SUPERSEDING INFORMATION

**THE ACTING UNITED STATES ATTORNEY CHARGES:**

### COUNT ONE

From on or about May 28, 2020 to on or about June 1, 2020, in the Houston Division of the Southern District of Texas, the defendant,

AARON JAQUEL SCOTT,

using the Twitter username "Rockin Ro", did threaten to assault a federal law enforcement officer, that being Secret Service agents, and did so with the intent to impede, intimidate, interfere with or retaliate against the officer, while the officer was engaged in the performance of his/her official duties.

In violation of Title 18, United States Code, Section 115(a)(1)(B) and (b)(1)(B)(i).

JENNIFER B. LOWERY
Acting United States Attorney

By: *Heather Winter*
HEATHER WINTER
Assistant U.S. Attorney